# United States District Court
# For The Western District of North Carolina
# Charlotte Division

JACQUELINE YVETTE SPRINGS,

        Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:12-cv-542-FDW

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 24, 2012 Order.

        Signed: September 24, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court